IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARL LEEPER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 3:16-250-NJR-DGW |
| v. | ) ) | |
| ALLIANCE RESOURCE PARTNERS, L.P., HAMILTON COUNTY COAL, LLC, and DOE DEFENDANTS 1-20, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendants, Alliance Resource Partners, L.P. ("Alliance") and Hamilton County Coal, LLC ("Hamilton Coal"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move the Court to dismiss Plaintiff's First Amended Class Action Complaint, with prejudice.

The grounds for Defendants' motion are set forth in Defendants' Memorandum in Support of Motion to Dismiss Plaintiff's First Amended Class Action Complaint.

Respectfully submitted,

*/s/ Kif H. Skidmore*
Richard G. Griffith (Ky. Bar. #27355)
Elizabeth S. Muyskens (Ky. Bar #92639)
Kif H. Skidmore (Ky. Bar # 89525)
Stoll Keenon Ogden PLLC
300 West Vine Street - Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
Email:  richard.griffith@skofirm.com
           elizabeth.muyskens@skofirm.com
           kif.skidmore@skofirm.com
COUNSEL FOR DEFENDANTS,
ALLIANCE RESOURCE PARTNERS, LLC
AND HAMILTON COUNTY COAL, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on January 18, 2017.

*/s/ Kif H. Skidmore*
COUNSEL FOR DEFENDANTS,
ALLIANCE RESOURCE PARTNERS, LLC
AND HAMILTON COUNTY COAL, LLC

115445.154276/4595944.1